## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In Re: **Eric Allen Harrod**                                    )
        2692 Boulder Pointe Way                       )   Case No.: **16–57107–jrs**
        Ellenwood, GA 30294                          )   Chapter:  **7**
                                                     )
        **xxx–xx–2310**                              )
                                                     )

        Debtor(s)

### ORDER VACATING ORDER

On August 8, 2016, the Clerk issued an order entitled Order Closing Case Without Discharge in error. Accordingly, it is hereby

ORDERED that the Order Closing Case Without Discharge entered August 8, 2016 is hereby ***VACATED*** in its entirety.

The Clerk is directed to serve a copy of this Order upon Debtor, Debtor's Counsel, if any, the Trustee, and any parties in interest.

SO ORDERED, ON August 8, 2016.

_James R. Sacca_
_____
UNITED STATES BANKRUPTCY JUDGE

Dated: August 8, 2016

Form orvacor –4/2016