IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **15-69487-PWB** |
| **Mitchell Joseph Poniewasz, III,** | * | |
| **AKA Mitchell Joseph Poniewasz,** | * | |
| | * | CHAPTER: **7** |
| | * | |
| | * | |
| Debtor | * | |

**MOTION TO REOPEN CASE TO FILE PERSONAL
FINANCIAL MANAGEMENT COURSE CERTIFICATE**

COMES NOW Debtor **Mitchell Joseph Poniewasz, III** and through counsel file this "Motion to Reopen Case to File Personal Financial Management Course Certificate," showing to this Honorable Court the following:

1.

Debtor did not file a certificate showing completion of a personal financial management course within 45 days after the date originally scheduled for the 341 Meeting of Creditors in this case.

2.

Pursuant to Interim Bankruptcy Rule 1007, as adopted by this Court in General Order 1-2005, the instant case was closed without a discharge because of the failure to file the required certificate.

3.

The court costs for bringing this motion were paid by the Debtor contemporaneously with the filing of this motion.

4.

The required certificate of completion is being filed contemporaneously with this motion.

5.

There are no pending adversary proceedings or other legal impediments to granting Debtor a discharge in this case.

WHEREFORE, Debtor prays:

(a)  that this motion be filed, read, and considered

(b)  that this motion be granted, the case be re-opened, and the filing of the required certificate be allowed;

(c)  that this case proceed forward to a discharge; and,

(d)  that this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

/s/ _____
Jason B. Lutz,  GA Bar No. 670673
Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3, Suite A
Atlanta  GA   30341
Phone: (404) 522-2222
Fax: (770) 220-0685

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO.: **15-69487-PWB** |
| **Mitchell Joseph Poniewasz, III,** | * |
| **AKA Mitchell Joseph Poniewasz,** | * |
| | * CHAPTER: 7 |
| | * |
| | * |
| Debtor | * |

## CERTIFICATE OF SERVICE

This certifies that I served the parties listed below with a true and correct copy of the within "Motion to Reopen Case to File Personal Financial Management Course Certificate" by placing the same in the United States Mail with adequate postage affixed to ensure delivery as addressed below.

Mitchell Poniewasz, III
4585 Howell Farms Road
Acworth, GA 30101

Tamara Miles Ogier
Chapter 7 Trustee
170 Mitchell St SW
Atlanta, GA 30303

This  8/8/2016

/s/
Jason B. Lutz, GA Bar No. 670673
Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3, Suite A
Atlanta  GA  30341
Phone: (404) 522-2222
Fax: (770) 220-0685